# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2177. JASON DAVID COOPER v. THE STATE.

Jason David Cooper pled guilty to three counts of child molestation in 2000. Cooper filed a motion for out-of-time appeal, which the trial court denied. We affirmed the trial court's judgment in an unpublished opinion. See Case No. A08A0313 (May 12, 2008).[1] Thereafter, Cooper filed a second motion for out-of-time appeal, which the trial court also denied. Cooper filed a direct appeal from that order, and we dismissed the appeal on res judicata grounds. See Case No. A16A1321 (April 21, 2016). In May 2025, Cooper filed a third motion for out-of-time appeal, pursuant to OCGA § 5-6-39.1. Again, we lack jurisdiction.

In *Cook v. State*, 313 Ga. 471, 506(5) (870 SE2d 758) (2022), the Supreme Court of Georgia determined that a trial court lacks authority to grant an out-of-time appeal, and that any remedy involving an out-of-time appeal must be sought in habeas corpus. In response, the legislature enacted OCGA § 5-6-39.1, which became effective on May 14, 2025. This statute allows for defendants to seek out-of-time relief if (1) the defendant moves for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, or (2) the defendant had an out-of-time motion or appeal dismissed under *Cook*. OCGA § 5-6-39.1(b). However, OCGA § 5-6-39.1(b) does not apply

---

[1] Cooper subsequently filed a motion to vacate void sentence and sought other forms of relief, which the trial court denied. We dismissed that appeal. See Case Nos. A10A2186, A10A2273 (Aug. 10, 2010).

here, as Cooper did not file his motion for out-of-time motion for new trial within 100 days from the expiration of the time period for filing a motion for new trial, nor did he have his motion or appeal dismissed under *Cook*. Accordingly, this Court lacks jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __07/06/2026_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*